## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**Gloria Redman**

Chapter 13

Case No. 05-13326-RGM

Debtor

## REPORT BY TRUSTEE OF COMPLETION
## OF PLAN PAYMENTS

NOW COMES the Chapter 13 Trustee herein, Thomas P. Gorman, and certifies to the Court that the Debtor has completed his/her plan payments pursuant to the confirmed plan in this case and he/she is entitled to receive his/her discharge at this time pursuant to Section 1328(a) of the Bankruptcy Code.  Your trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Respectfully submitted,

___/s/ Thomas P. Gorman____
Thomas P. Gorman, Trustee
300 N. Washington Street, Ste 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Dated: March 14, 2011